IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMIKA LASHONDA TILLIS,

        Plaintiff,                       No. CIV S-06-0378 LKK DAD PS

    vs.

DATALINE CREDIT CORP.,
a California corporation,

        Defendant.               ORDER
_____/

        Plaintiff, proceeding pro se, initiated this action by filing her complaint in the Small Claims Division of the Sacramento County Superior Court. Defendant filed a notice of removal in this court on February 23, 2006. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On April 3, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Defendant has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire /////

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.
3         Accordingly, IT IS HEREBY ORDERED that:
4         1. The findings and recommendations filed April 3, 2006, are adopted in full; and
5         2. This state court small claims matter is summarily remanded to the Small
6 Claims Division of the Sacramento County Superior Court.
7 DATED: July 6, 2006.

                              UNITED STATES DISTRICT JUDGE

11 /tillis0378.jo